FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUL 18 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA )
)  CR. NO. 2:07cr 137-WKW
v. )      [18 USC § 641]
)
)
SASHAY LAVELLE THOMAS )
)  INDICTMENT

The Grand Jury charges:

COUNTS 1-6

On or about the dates set forth below, in Montgomery County, Alabama, within the Middle

District of Alabama,

SASHAY LAVELLE THOMAS,

defendant herein, did embezzle, steal, purloin and knowingly convert to her own use money and

things of value of the United States, and of a department and agency thereof, in an amount in excess

of $1,000, by issuing personal checks which she then well knew would be insufficient, as described

below:

| Count | Date of check | Payee | Amount |
|-------|---------------|-------|--------|
| 1 | April 5, 2007 | Maxwell Air Force Base | $40.00 |
| 2 | April 5, 2007 | Army/Air Force Exchange Service | $155.09 |
| 3 | April 5, 2007 | Army/Air Force Exchange Service | $599.00 |
| 4 | April 6, 2007 | Army/Air Force Exchange Service | $1,098.00 |
| 5 | April 9, 2007 | Maxwell Air Force Base | $50.00 |
| 6 | April 9, 2007 | Army/Air Force Exchange Service | $1,206.95 |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

Deputy Foreperson

LEURA G. CANARY
UNITED STATES ATTORNEY

JERUSHA T. ADAMS
Assistant United States Attorney