IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr137-MHT |
| SASHAY LAVELLE THOMAS | ) | (WO) |

ORDER

This cause is before the court on defendant Sashay Lavelle Thomas's motion to continue.  For the reasons set forth below, the court finds that jury selection and trial, now set for September 17, 2007, should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy

>     days from the filing date (and making
>     public) of the information or
>     indictment, or from the date the
>     defendant has appeared before a judicial
>     officer of the court in which such
>     charge is pending, whichever date last
>     occurs."

§ 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(8)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(8)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Thomas in a speedy trial. Thomas represents that she is completing a pretrial-diversion request, but that the September 17, 2007,

2

trial date does not provide enough time to pursue this option adequately.  In addition, the government has orally informed the court that it does not oppose a continuance.

Accordingly, it is ORDERED as follows:

(1) Defendant Sashay Lavelle Thomas's motion for continuance (doc. no. 11) is granted.

(2) The jury selection and trial, now set for September 17, 2007, are reset for December 10, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 28th day of August, 2007.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE