IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:07-cr-137-WKW |
| ) | |
| SASHAY L. THOMAS ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia Kemp , and enters her appearance on behalf of Defendant, **SASHAY L. THOMAS,** in the above-styled case.

Dated this 4th day of December 2007.

Respectfully submitted,

<u>s/Patricia Kemp</u>
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-137-WKW |
| | ) | |
| **SASHAY L. THOMAS** | ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on December 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha T. Adams, AUSA, 131 Clayton Street, Montgomery, AL 36101.

     Respectfully submitted,

s/Patricia Kemp
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org